IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONALD FREEMAN**   **PLAINTIFF**

**v.**   **Case No. 4:12-cv-00574-KGB**

**CITY OF LITTLE ROCK**   **DEFENDANT**

## JUDGMENT

Consistent with the Order and Opinion that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this the 28th day of August, 2013.

_____
Kristine G. Baker
United States District Judge